# EXHIBIT "A"

UNITED STATES OF AMERICA

OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION

---

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR, | OSHA Docket or<br>Inspection No. |
| Complainant, | |
| v. | 313009110 |
| HEBERLE DISPOSAL SERVICE, INC. | |
| Respondent. | |

---

STIPULATED SETTLEMENT

       CAROL A. DE DEO
       Deputy Solicitor for
       National Operations

       PATRICIA M. RODENHAUSEN
       Regional Solicitor

       DIANE C. SHERMAN
       Counsel for Occupational Safety
       And Health

       U. S. Department of Labor
       Attorneys for HILDA L. SOLIS
       Secretary of Labor
       Complainant

POST OFFICE ADDRESS:

Patricia M. Rodenhausen
Regional Solicitor
U. S. Department of Labor
201 Varick Street, Rm. 983
New York, NY 10014
646-264-3650

UNITED STATES OF AMERICA

**OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION**

---

HILDA L. SOLIS, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

            Complainant,

            v.

HEBERLE DISPOSAL SERVICE, INC.

            Respondent.

OSHRC Docket or Inspection No.

313009110

---

STIPULATED SETTLEMENT

Based upon the following recital, the Complainant and the Respondent herein agree to the following as a conclusion of this matter:

1. The Complainant, HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, hereby amends the notification of proposed penalty to reflect a total amended proposed penalty of $10,400.00 to be assessed as follows:

| CITATION NO. | ITEM NO. | ORIGINAL PROPOSED PENALTY | AMENDED PROPOSED PENALTY |
|---|---|---|---|
| 1 | 1 | $ 3000.00 | $ 1900.00 |
| 1 | 2 | $ 3000.00 | $ 1900.00 |
| 2 | 1 | $ 2400.00 | $ 1530.00 |
| 2 | 2 | $ 4200.00 | $ 2730.00 |
| 2 | 3 | $ 1800.00 | $ 1170.00 |
| 3 | 1 | $ 1800.00 | $ 1170.00 |
| TOTAL PROPOSED PENALTY | | $16,200.00 | $10,400.00 |

2. Based upon the above, the Respondent, HEBERLE DISPOSAL SERVICE, INC., herein withdraws its notice of contest as to the citations and notifications of proposed penalty, as modified herein.

3.  Respondent affirmatively states he will forward a letter to the Buffalo Area Office on or before October 31, 2009 fully describing corrective actions taken for all citation items.

4.  Respondent further agrees to develop and implement a Safety and Health Management System that would, at a minimum, establish policies and procedures for all personnel, and provide hazard recognition training for all personnel. As long as these elements are implemented, the Safety and Health Management System may be customized to meet individual needs. The safety and health management system described above shall be developed and implemented within six (6) months of the final order date of this agreement. Written certification of the implementation of this Safety and Health Management System must be submitted to the Buffalo Area OSHA Office within that timeframe.

5.  Respondent affirmatively states that it will comply in the future with the Occupational Safety and Health Act.

6.  Respondent certifies that on _10/19/09_, this stipulation will be posted where affected employees may see it.

7.  Respondent will pay amended proposed penalty of $10,400.00 in three (3) monthly installments before the fifteenth (15th) of each month as follows by forwarding checks made payable to "U. S. Department of Labor" to the U. S. Department of Labor office at 130 S. Elmwood Avenue, Suite 500, Buffalo, NY.

| DUE DATE | AMOUNT DUE | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| 11/15/09 | $ 4116.66 | 12/15/09 | $ 4116.66 |
| 01/15/10 | $ 2166.68 | | |

8.  None of the foregoing agreements, statements, stipulations, and actions taken by respondent shall be deemed an admission by respondent of the allegations contained within the citations, notification of penalty, and the complaint herein. The agreements, statements, stipulations, findings and actions taken herein are made for the sole purpose of settling this matter amicably and they shall not be used for any purpose, except for proceedings and matters arising under the Occupational Safety and Health Act.

9. Each party hereby agrees to bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

DATED:
    New York, New York

                               CAROL A. DE DEO
                               Deputy Solicitor for
                               National Operations

                               PATRICIA M. RODENHAUSEN
                               Regional Solicitor

                  By:

                               DIANE C. SHERMAN
                               Counsel for Occupational Safety
                               And Health

                               U. S. Department of Labor
                               Attorneys for HILDA L. SOLIS
                               Secretary of Labor
                               Complainant

Respondent

By: _Thomas W Hebene Jr._
     PRINTED NAME

_[signature]_ President
SIGNATURE

*(CHOOSE APPROPRIATE CERTIFICATE)*

### CERTIFICATE OF SERVICE

I hereby certify that on _____, I served a copy of the attached Stipulated Settlement on _____, the authorized employee representative at the following address:

_____

_____

This service was accomplished by mailing the Stipulated Settlement to the representative at this last known address by postage pre-paid first class mail.

NAME: _____

TITLE: _____

### CERTIFICATE OF SERVICE

I hereby certify that on _____, I personally delivered a copy of the attached Stipulated Settlement on _____, the authorized employee representative at the following address:

_____

_____

NAME: _____

TITLE: _____

### CERTIFICATION OF NONREPRESENTATION

I hereby certify that there is no authorized employee representative for the employees affected by the action which is the subject of the attached Stipulated Settlement.

NAME: Thomas WHeBene JR

TITLE: President

*[signature]*

UNITED STATES OF AMERICA

OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION

------------------------------------------------

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | OSHA Docket or Inspection No. |
| Complainant, | |
| v. | 313009110 (FTA) |
| HEBERLE DISPOSAL SERVICE, INC. | |
| Respondent. | |

------------------------------------------------

STIPULATED SETTLEMENT

    CAROL A. DE DEO
    Deputy Solicitor for
    National Operations

    PATRICIA M. RODENHAUSEN
    Regional Solicitor

    DIANE C. SHERMAN
    Counsel for Occupational Safety
    And Health

    U. S. Department of Labor
    Attorneys for HILDA L. SOLIS
    Secretary of Labor
    Complainant

POST OFFICE ADDRESS:

Patricia M. Rodenhausen
Regional Solicitor
U. S. Department of Labor
201 Varick Street, Rm. 983
New York, NY 10014
646-264-3650

UNITED STATES OF AMERICA

OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION

---

HILDA L. SOLIS, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

                Complainant,

                v.

HEBERLE DISPOSAL SERVICE, INC.

                Respondent.

OSHRC Docket or Inspection No.

313009110 FTA

---

### STIPULATED SETTLEMENT

Based upon the following recital, the Complainant and the Respondent herein agree to the following as a conclusion of this matter:

1. The Complainant, HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, hereby amends the notification of proposed penalty to reflect a total amended proposed penalty of $187,200.00 to be assessed as follows:

| FTA CITATION NO. | FTA ITEM NO. | ORIGINAL PROPOSED PENALTY | AMENDED PROPOSED PENALTY |
|---|---|---|---|
| 1 | 3 | $ 90,000.00 | $ 58,500.00 |
| 1 | 5 | $ 36,000.00 | $ 23,400.00 |
| 1 | 10 | $ 36,000.00 | $ 23,400.00 |
| 1 | 11a | $ 90,000.00 | $ 58,500.00 |
| 1 | 11b | $ 36,000.00 | $ 23,400.00 |
| | TOTAL PROPOSED PENALTY | $288,000.00 | $187,200.00 |

2. Based upon the above, the Respondent, HEBERLE DISPOSAL SERVICE, INC., herein withdraws its notice of contest as to the citations and notifications of proposed penalty, as modified herein.

3. Respondent affirmatively states he will forward a letter to the Buffalo Area Office on or before October 31, 2009 fully describing corrective actions taken for all failure-to-abate citation items.

4. Respondent further agrees to develop and implement a Safety and Health Management System that would, at a minimum, establish policies and procedures for all personnel, and provide hazard recognition training for all personnel. As long as these elements are implemented, the Safety and Health Management System may be customized to meet individual needs. The safety and health management system described above shall be developed and implemented within six (6) months of the final order date of this agreement. Written certification of the implementation of this Safety and Health Management System must be submitted to the Buffalo Area OSHA Office within that timeframe.

5. Respondent affirmatively states that it will comply in the future with the Occupational Safety and Health Act.

6. Respondent certifies that on 10/19/09, this stipulation will be posted where affected employees may see it.

7. Respondent will pay amended proposed penalty of $187,200.00 in 46 monthly installments before the fifteenth (15th) of each month as follows by forwarding checks made payable to "U. S. Department of Labor" to the U. S. Department of Labor office at 130 S. Elmwood Avenue, Suite 500, Buffalo, NY.

| DUE DATE | AMOUNT DUE | DUE DATE | AMOUNT DUE |
| --- | --- | --- | --- |
| 01/15/10 | $ 1949.98 | 02/15/10 | $ 4116.66 |
| 03/15/10 | $ 4116.66 | 04/15/10 | $ 4116.66 |
| 05/15/09 10 | $ 4116.66 | 06/15/09 10 | $ 4116.66 |
| 07/15/10 | $ 4116.66 | 08/15/10 | $ 4116.66 |
| 09/15/10 | $ 4116.66 | 10/15/10 | $ 4116.66 |
| 11/15/10 | $ 4116.66 | 12/15/10 | $ 4116.66 |
| 01/15/11 | $ 4116.66 | 02/15/11 | $ 4116.66 |
| 03/15/11 | $ 4116.66 | 04/15/11 | $ 4116.66 |
| 05/15/11 | $ 4116.66 | 06/15/11 | $ 4116.66 |
| 07/15/11 | $ 4116.66 | 08/15/11 | $ 4116.66 |
| 09/15/11 | $ 4116.66 | 10/15/11 | $ 4116.66 |
| 11/15/11 | $ 4116.66 | 12/15/11 | $ 4116.66 |
| 01/15/12 | $ 4116.66 | 02/15/12 | $ 4116.66 |
| 03/15/12 | $ 4116.66 | 04/15/12 | $ 4116.66 |
| 05/15/12 | $ 4116.66 | 06/15/12 | $ 4116.66 |
| 07/15/12 | $ 4116.66 | 08/15/12 | $ 4116.66 |
| 09/15/12 | $ 4116.66 | 10/15/12 | $ 4116.66 |
| 11/15/12 | $ 4116.66 | 12/15/12 | $ 4116.66 |

| | | | |
|---|---|---|---|
| 01/15/13 | $ 4116.66 | 02/15/13 | $ 4116.66 |
| 03/15/13 | $ 4116.66 | 04/15/13 | $ 4116.66 |
| 05/15/13 | $ 4116.66 | 06/15/13 | $ 4116.66 |
| 07/15/13 | $ 4116.66 | 08/15/13 | $ 4116.66 |
| 09/15/13 | $ 4116.66 | 10/15/13 | $ 4116.98 |

8. None of the foregoing agreements, statements, stipulations, and actions taken by respondent shall be deemed an admission by respondent of the allegations contained within the citations, notification of penalty, and the complaint herein. The agreements, statements, stipulations, findings and actions taken herein are made for the sole purpose of settling this matter amicably and they shall not be used for any purpose, except for proceedings and matters arising under the Occupational Safety and Health Act.

9. Each party hereby agrees to bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

DATED:

New York, New York

         CAROL A. DE DEO
         Deputy Solicitor for
         National Operations

         PATRICIA M. RODENHAUSEN
         Regional Solicitor

    By:

         DIANE C. SHERMAN
         Counsel for Occupational Safety
         And Health

         U. S. Department of Labor
         Attorneys for HILDA L. SOLIS
         Secretary of Labor
         Complainant

Respondent

By: Thomas W Hebener JR
PRINTED NAME

[signature]
SIGNATURE

President

*(CHOOSE APPROPRIATE CERTIFICATE)*

### CERTIFICATE OF SERVICE

I hereby certify that on _____, I served a copy of the attached Stipulated Settlement on _____, the authorized employee representative at the following address:

_____

_____

This service was accomplished by mailing the Stipulated Settlement to the representative at this last known address by postage pre-paid first class mail.

NAME: _____

TITLE: _____

### CERTIFICATE OF SERVICE

I hereby certify that on _____, I personally delivered a copy of the attached Stipulated Settlement on _____, the authorized employee representative at the following address:

_____

_____

NAME: _____

TITLE: _____

### CERTIFICATION OF NONREPRESENTATION

I hereby certify that there is no authorized employee representative for the employees affected by the action which is the subject of the attached Stipulated Settlement.

NAME: Thomas Wheberer Jr

TITLE: President

**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

99 GARNSEY ROAD
PITTSFORD, NY 14534
(585) 419-8800

SCOTT D. PIPER

DIRECT: (585) 419-8621
FAX: (585) 419-8817
SPIPER@HARRISBEACH.COM

April 28, 2010

Mr. Arthur Dube
Area Director
US Department of Labor, OSHA
130 S Elmwood Ave., Ste. 500
Buffalo, NY 14202-2465

    Re:    **Heberle Disposal Service, Inc.**
            **Inspection No. 313009110**

Dear Mr. Dube:

This firm represents the Respondent, Heberle Disposal Service, Inc. ("Heberle") in the above-referenced inspection. Pursuant to paragraph 4 of the Stipulated Settlement Agreements, this letter constitutes Heberle's written certification that it has developed and implemented a safety and health management system, as required by the Agreements and applicable OSHA regulations.

If you have any questions regarding this letter or require any further information, please do not hesitate to contact me. Thank you.

Sincerely,

Scott D. Piper

SDP:slm

cc:    Mr. Thomas Heberle
       Ms. Patti Loveland

243320 1371506.1