# EXHIBIT "C"



# Heberle Disposal Service, Inc.

**269 ALVANAR ROAD • ROCHESTER, NY 14606 • PHONE: (585) 458-8600 • FAX (585) 458-9837**
**E-Mail: Heberledisposal@rochester.rr.com**

February 25, 2011

To Whom it May Concern:

My name is Patricia Loveland and I am writing on behalf of Thomas Heberle, Jr., the founder and President of Heberle Disposal Services, Inc. I am employed at Heberle Disposal as the Chief Financial Officer and have held that position for six years. Together Tom and I oversee the running of a mid-size company that employees 60 – 65 people, operates 40-45 trucks and services 16,000 -18,000 customer per month. We are the only senior management and as such, we divide all the management responsibilities between us.

On a daily basis, Tom is responsible for all of the mechanics and making sure that our trucks are road worthy and ready to work. He is here at 4:00 am, which is when our first group of drivers go out, making sure that everyone shows up and all of our commercial routes are covered. The next group of drivers goes out and 5:30 am and then the last and largest group starts work at 6:30 am. We are not a high-tech industry and approximately 1/3 of our employees end up being employed for a short period of time and it is a rare day when we have an entire crew show up for work. This means that Tom has to do a lot of juggling of people, routes, and trucks. He is able to do this based on his unique knowledge of each driver's experience and capabilities. Tom has all this information about who can drive what type of truck and who knows which route all stored in his head. We would not be able to service our customers without Tom organizing all of the drivers in the mornings.

Throughout the course of our day, Tom also keeps all the trucks on the road and running. The average age of our trucks is 12 years, mostly because the cost of a new truck is close to $250,000 and it is much more feasible for us to keep older trucks running. The downside to that is they need many more repairs. Tom will assign priority repairs to the mechanics and much of his day is spent chasing down parts and equipment needed to repair the trucks. Again, if Tom is not here, our trucks cannot run, and we can't service our customers and operate in an economical fashion.

We also build our own refuse containers for our customers on site and Tom oversees the welders and painters. Tom keeps track of new customers who need containers and current customers who need repairs and/or upgrades to their containers. This is an on-going, never-ending rotation of new customers and new containers, build them and deliver them, current customer repair, pick up containers and repair them and re-deliver them, lost customers, pick up container and then refurbish it for the next new customer. Without Tom, I would be very concerned that we would be unable to do this.

I enjoy my job and feel challenged and rewarded on a daily basis. However, nobody – including me – has the knowledge and experience to perform Tom's job. Even if I did, there simply is no way that I could conceivably handle all of my own work and Tom's at the same time. It would be impossible.

In these difficult economic times, we are proud that we have not had to laid off one single person. We have kept 60-65 people employed by being extremely diligent and watching every penny. I could not and would not attempt to run this company alone. The company needs Tom Heberle here, working every day, to make it run. If he is incarcerated for a period of time, I believe it would significantly damage the company – and could possibly lead to it closing. Thank you.

*Patricia Loveland*

Patricia Loveland
Chief Financial Officer